UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURE CAM, LLC, a Wyoming limited liability company, <br><br> Plaintiff, <br> v. <br><br> FINGERTEC USA, LLC, a New York corporation, <br><br> Defendant. | Civil Action No. 1:18-cv-02384 <br><br> AFFIDAVIT IN SUPPORT OF NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |

Todd Y. Brandt, being duly sworn, hereby deposes and says as follows:

1. I am an owner of with the law firm of Brandt Law Firm.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Texas.

4. There are no pending disciplinary proceedings against me in any State or Federal Court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case for Plaintiff Secure Cam, LLC.

Dated: April 27, 2018

_____
Movant
Todd Y. Brandt (TX SB # 24027051)
BRANDT LAW FIRM
222 North Fredonia St.
Longview, Texas 75601
Tel: (903) 212-3130
Fax: (903) 753–6761
Email: tbrandt@thebrandtlawfirm.com

*Attorney for Plaintiff, Secure Cam, LLC*

State of Texas _Harris_ §

County of _Harris_ §

Sworn to and subscribed before me on the __27__ day of __April__, 2018, by Todd Y. Brandt.

(Seal)

JENRY AGUILAR
Notary Public
STATE OF TEXAS
My Comm. Exp. Nov. 3, 2019

_____
Notary Public, State of Texas

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

April 19, 2018

Re: Mr. Todd Young Brandt, State Bar Number 24027051

To Whom It May Concern:

This is to certify that Mr. Todd Young Brandt was licensed to practice law in Texas on November 01, 2000, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167